| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | IN THE UNITED STATES DISTRICT COURT |
| 5 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| 6 | SAN FRANCISCO DIVISION |

| | | |
|---|---|---|
| 7 | UNITED STATES OF AMERICA, | |
| 8 | Plaintiff, | **[PROPOSED] STIPULATED ORDER CONTINUING HEARING** |
| 9 | v. | |
| 10 | BRENDA ADDISON, | **Case Nos.:** |
| | ADVENT CARE INC., | CR 19-71420 JCS |
| 11 | AMITY HOME HEALTH CARE INC., | CR 19-71421 JCS |
| | BHUPINDER BHANDARI, | CR 19-71422 JCS |
| 12 | CATHERINE CARIAGA, | CR 19-71423 JCS |
| | MERVINA DEGUZMAN, | CR 19-71430 JCS |
| 13 | SAL DEL ROSARIO, | CR 19-71431 JCS |
| | ANDRE NICHOLAS GAY, | CR 19-71432 JCS |
| 14 | MIRAIM HASAN, | CR 19-71433 JCS |
| | KIMBERLY HICKS, | CR 19-71434 JCS |
| 15 | YELENA KABANSKAYA, | CR 19-71440 JCS |
| | APRIL MANCUSO, | CR 19-71441 JCS |
| 16 | GERLAD MYINT, | CR 19-71442 JCS |
| | TAM NGUYEN, | CR 19-71443 JCS |
| 17 | REBECCA PINA, | CR 19-71444 JCS |
| | JUAN POSADA, | CR 19-71445 JCS |
| 18 | CAROLINE PRESCOTT, | CR 19-71446 JCS |
| | KERISIMASI REYNOLDS, | CR 19-71447 JCS |
| 19 | BELINADA ROY, | CR 19-71448 JCS |
| | GLENNDA SANTOS, | CR 19-71449 JCS |
| 20 | EWELINA SCZENDZINA, | CR 19-71450 JCS |
| | RIDHIMA "AMANDA" SINGH, | CR 19-71451 JCS |
| 21 | VINEETA SINGH, | CR 19-71452 JCS |
| | NICOLE SUNO, | CR 19-71453 JCS |
| 22 | HILDA TACORDA, | CR 19-71454 JCS |
| | SCOTT TAYLOR, | CR 19-71455 JCS |
| 23 | STELLA TEODORO, | CR 19-71456 JCS |
| | TERENCE TIRONA, | CR 19-71457 JCS |
| 24 | HENRY WATSON, | CR 19-71458 JCS |
| | ZHENG ZHANG, | CR 19-71459 JCS |
| 25 | | CR 19-71460 JCS |
| 26 | | |
| 27 | Defendant. | |
| 28 | | |

STIP. ORD. CONTINUING HEARING
*ADDISON*, CR 19–71420 JCS

1  The above-entitled matter is currently scheduled for preliminary hearing before Chief
2  Judge Spero on April 3, 2020, at 10:30 a.m. The parties and the government are requesting a
3  continuance of the matter until the duty magistrate on May 8, 2020. This will provide the
4  Court, government, and defendants adequate time before the next appearance in the matter
5  before the district court due to the current coronavirus (COVID-19). The parties agree to waive
6  time for both the preliminary examination and under the Speedy Trial Act. The government
7  has no objection to this proposed continuance.
8  Therefore, for good cause shown the hearing currently scheduled on April 3, 2020 shall
9  be vacated. The matter shall be continued until May 8, 2020, at 10:30 a.m.

IT IS SO STIPULATED.

| March 18, 2020 | DAVID L. ANDERSON |
| Dated | United States Attorney |
| | Northern District of California |

_____/S_____
WILL FRENTZEN
Assistant United States Attorney

March 18, 2020

_____/S_____
Counsel for Each Defendants

**[PROPOSED] ORDER**

The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial, and accordingly excludes time under the Speedy Trial Act until the new date, May 8, 2020, at 10:30 a.m.. The Court finds this exclusion necessary to permit for continuity of counsel and to allow for the effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: _____

                                        HON.  JACQUELINE SCOTT CORLEY
                                        United States Magistrate Judge