IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRENDA ADDISON,<br>ADVENT CARE INC.,<br>AMITY HOME HEALTH CARE INC.,<br>BHUPINDER BHANDARI,<br>CATHERINE CARIAGA,<br>MERVINA DEGUZMAN,<br>SAL DEL ROSARIO,<br>ANDRE NICHOLAS GAY,<br>MIRAIM HASAN,<br>KIMBERLY HICKS,<br>YELENA KABANSKAYA,<br>APRIL MANCUSO,<br>GERLAD MYINT,<br>TAM NGUYEN,<br>REBECCA PINA,<br>JUAN POSADA,<br>CAROLINE PRESCOTT,<br>KERISIMASI REYNOLDS,<br>BELINADA ROY,<br>GLENNDA SANTOS,<br>EWELINA SCZENDZINA,<br>RIDHIMA "AMANDA" SINGH,<br>VINEETA SINGH,<br>NICOLE SUNO,<br>HILDA TACORDA,<br>SCOTT TAYLOR,<br>STELLA TEODORO,<br>TERENCE TIRONA,<br>HENRY WATSON,<br>ZHENG ZHANG,<br><br>　　　　Defendant. | [~~PROPOSED~~] STIPULATED ORDER CONTINUING HEARING<br><br>**Case Nos.:**<br>CR 19-71420 JCS<br>CR 19-71421 JCS<br>CR 19-71422 JCS<br>CR 19-71423 JCS<br>CR 19-71430 JCS<br>CR 19-71431 JCS<br>CR 19-71432 JCS<br>CR 19-71433 JCS<br>CR 19-71434 JCS<br>CR 19-71440 JCS<br>CR 19-71441 JCS<br>CR 19-71442 JCS<br>CR 19-71443 JCS<br>CR 19-71444 JCS<br>CR 19-71445 JCS<br>CR 19-71446 JCS<br>CR 19-71447 JCS<br>CR 19-71448 JCS<br>CR 19-71449 JCS<br>CR 19-71450 JCS<br>CR 19-71451 JCS<br>CR 19-71452 JCS<br>CR 19-71453 JCS<br>CR 19-71454 JCS<br>CR 19-71455 JCS<br>CR 19-71456 JCS<br>CR 19-71457 JCS<br>CR 19-71458 JCS<br>CR 19-71459 JCS<br>CR 19-71460 JCS |

1  The above-entitled matter is currently scheduled for preliminary hearing before Chief
2  Judge Spero on April 3, 2020, at 10:30 a.m. The parties and the government are requesting a
3  continuance of the matter until the duty magistrate on May 8, 2020. This will provide the
4  Court, government, and defendants adequate time before the next appearance in the matter
5  before the district court due to the current coronavirus (COVID-19). The parties agree to waive
6  time for both the preliminary examination and under the Speedy Trial Act. The government
7  has no objection to this proposed continuance.
8  Therefore, for good cause shown the hearing currently scheduled on April 3, 2020 shall
9  be vacated. The matter shall be continued until May 8, 2020, at 10:30 a.m.

IT IS SO STIPULATED.

March 18, 2020                DAVID L. ANDERSON
Dated                         United States Attorney
                              Northern District of California

                                      /S
                              WILL FRENTZEN
                              Assistant United States Attorney

March 18, 2020

                                      /S
                              Counsel for Each Defendants

**[PROPOSED] ORDER**

The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial, and accordingly excludes time under the Speedy Trial Act until the new date, May 8, 2020, at 10:30 a.m.. The Court finds this exclusion necessary to permit for continuity of counsel and to allow for the effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: March 19, 2020



HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge